■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY JADUSINGH, Appellant. [630 NYS2d 240] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Fisher, J.), rendered January 15, 1993, convicting him of criminal possession of a controlled substance in the third degree, criminal possession of a controlled substance in the fifth degree, criminally using drug paraphernalia in the second degree, and resisting arrest, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The prosecutor's cross-examination of a defense witness regarding her failure to timely come forward with exculpatory information was proper pursuant to *People v Dawson* (50 NY2d 311).

The defendant's remaining contention, challenging the court's charge to the jury relating to the cross-examination of this witness, is unpreserved for appellate review (*see*, CPL 470.05 [2]; *People v Udzinski*, 146 AD2d 245), and, in any event, without merit. Rosenblatt, J. P., Copertino, Hart and Friedmann, JJ., concur.